IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01590-MSK-KMT

JARID MANSFIELD,

       Plaintiff,

v.

BLACK & DECKER (U.S.) INC.,
PORTER-CABLE CORPORATION, and
PORTER-CABLE TOOL & EQUIPMENT SALES COMPANY,

       Defendants.

## NOTICE OF DISMISSAL

THIS MATTER comes before the Court on the filing of a Stipulated Motion to Dismiss With Prejudice pursuant to Fed. R. Civ. P. 41(a) **(#18)**. The stipulation does not specify whether it is submitted pursuant to Rule 41(a)(1) or (2), therefore the Court assumes that it is submitted pursuant to Rule 41(a)(1). Pursuant to that rule, no order is required and the filing of the stipulation effectuates the dismissal.

DATED this 17th day of November, 2008.

                                 **BY THE COURT:**

                                 Marcia S. Krieger
                                 United States District Judge